UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| LAFAYETTE VENETIAN BLIND, INC. | ) |
| Plaintiff, | ) Case No. 4:20-cv-00021-PPS-JEM |
| vs. | ) |
| BLINDS TO GO (U.S.), INC. and BLINDS TO GO, INC., | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

Attorney Andrew Pendexter, pursuant to Local Rule 83-8, hereby moves to withdraw his appearance for Defendants Blinds To Go (U.S.), Inc. and Blinds To Go, Inc. (collectively, "Defendants"). Defendants will continue to be represented by, among others, James Hinshaw and Shaina Wolfe of Dentons Bingham Greenebaum LLP.

WHEREFORE, Andrew Pendexter respectfully requests that his appearance for Defendants in this matter be withdrawn, and for all other appropriate relief.

Dated: September 10, 2021

Respectfully submitted,

*/s/ Andrew M. Pendexter*
Barry Werbin, Esq. *(admitted pro hac vice)*
Gabrielle Wilson, Esq. *(admitted pro hac vice)*
Herrick, Feinstein, LLP
2 Park Avenue
New York, N.Y. 10016
Telephone (212) 592-1418
Facsimile (212) 545-3401
bwerbin@herrick.com
gwilson@herrick.com
*Admitted pro hac vice*

1

Brad R. Maurer (21730-49)
James M. Hinshaw (16744-49)
Andrew M. Pendexter (30075-53)
Shaina Wolfe (36097-49)
Dentons Bingham Greenebaum LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204
Telephone (317) 635-8900
Facsimile (317) 236-9907
brad.maurer@dentons.com
james.hinshaw@dentons.com
andrew.pendexter@dentons.com
shaina.wolfe@dentons.com

*Attorneys for Defendants, Blinds To Go (U.S.), Inc. and Blinds To Go, Inc.*

## Certificate of Service

I certify that on September 10, 2021 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record, including the following:

William P. Kealey
David M. Stupich
STUART & BRANIGIN LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, Indiana 47902
Telephone: (765) 423-1561
Facsimile: (765) 742-8175
E-mail: wpk@stuartlaw.com
dms@stuartlaw.com

                                  */s/ Andrew M. Pendexter*
                                  Andrew M. Pendexter